No. 407. MONTGOMERY WARD & CO. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Stuart S. Ball* for petitioner.

*Solicitor General Biddle, Assistant Attorney General Arnold*, and *Messrs. Robert L. Stern, George A. McNulty, Gerard D. Reilly*, and *Irving J. Levy* for respondent.

